IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                    Criminal No. 4:05CR40017-004 and
                                    4:05CR40021-003

LINDA KAY MARSHALL                                                          DEFENDANT

## **ORDER**

Defendant Linda Kay Marshall's USM number was incorrectly shown on the Judgment and Commitment Order issued on March 28, 2006, as 06702-010 when it should have been shown as 06707-010.

**IT IS THEREFORE ORDERED** that the USM number, **06707-010**, be identified as the correct USM number for Defendant Linda Kay Marshall and that this order become a permanent attachment to the original Judgment and Commitment Order issued on March 28, 2006.

**IT IS SO ORDERED THIS 15TH DAY OF JUNE, 2006.**

                                                    /s/ Harry F. Barnes
                                                    **HARRY F. BARNES**
                                                    **UNITED STATES DISTRICT JUDGE.**